# TO:
## THE JURISDICTIONAL HEADERS
## TO BE DISTRIBUTED ET AL

1. UNITED STATES DIST COURT FT. LAUDERDALE CLERKS OFFICE: 299 E BROWARD BLVD., FL. 33301

2. UNITED STATES DISTRICT COURT MIAMI 400 NORTH MIAMI AVE 8th FL MIAMI, FL 33128

WE REQUEST THE JURISDICTIONS - WITH JURY

THE PETION FOR DAMAGES EFFECTIVE VIA NEGATIVELY AFFECT VA MEDICAL CENTER IN MIAMI FLORIDA, FBI AND 17th JUDICIAL COURTS FT. LAUDERDALE, FL AND OPERATION SACRED TRUST ADVOCATES OF LAW INCLUDING BROWARD COUNTY LEGAL AID, COAST TO COAST LEAGAL IN BROWARD COUNTY; ON (42) COUNTS C.R. VIOLATIONS PATHETIC UNDER OATH FACTS; THEY KNOWINGLY LIED ANYWAYS

TITLE: MARLON GREEN VS. CHELSEA NAPOLEAN OR, CHELSEA NAPOLEAN ETAL; INCLUDING POLICE CHIEF KEN NOBLE, SGT JASON DUFFY 50 LAWRENCEVILLE STREET MCDONOUGH, GA 30253. NO TPO, NOR TRO WAS EVER ISSUED TO PLAINTIFF TO DESERVE SUCH HARSH ILL HEARTED TREATMENT. WISH COMPENSATION ON MERITS, AND PROSECUTION BY US ATTORNEY

## FACTS OF CASE

Jason DUFFY AND CHIEF KEN NOBLE KNOWIGLY PROCESSED FALSE, FICTITIOUS, FRAUDULENT, AND MALICIOUS DOCUMENTS WICH HAD MARLON GREEN CHARGED AND PROSECUTED FALSELY, KIDNAPPED ACROSS STATE LINES ON FALSE ACCUSATIONS THAT INCLUDE CLAIMS THAT HE WOULD BLOW-UP POLICE STATION WHICH WAS FALSE, HAVE NO PROFF OF ALLEGED TERRORISTIC THREATS BECASE CLERK CHELSEA NAPOLEAN, DOUG WELBOURE, LYLE CAYCE, WILLIAM M. BLEVINS DID NOT PROCESS LAWSUITS ON MARY WILLIAMS & JUDY WILLIAMS ON TIME NETTHER MARLON GREEN VS. FACEBOOK, NOR MARLON GREEN VS. FERNANDO RIVERA NOR MARLON GREEN VS. FREDRICK STEVENSON AND UNITED STATES USDC 500 POYDRAS STREET NEW ORLEANS DROPPED CASE, FBI RETURED EVIDENCE TO: 304 SW 14th Ct. FT. LAUDERDALE IN APRIL OF 2022, THIS WAS PROFESSIONAL MISCONDUCT ON ALL INDIVIDUALS LISTED TO TO PROTECT MARY WILLIAMS GREEN, NOW MARY WILLIAMS JONES FROM PAYING G. DOE SPOUSE SUPPORT; NORTON-LIFELOCK LLC & SEDGEWICK INVESTIGATIONS CAN VERIFY 2-3 YEARS BEFORE THEIR ~~~~ ALLEGATION GEOGIA LAW, BAKER VS. BAKER: FALSE   MG

## MOTION TO PROCEED IN FORMA PAUPIS

BECASE PLANTIFF IS CURRENTLY IN JAIL HE CAN NOT PAY, HAS NO ACCESS TO HIS FUNDS EXHIBITS WILL BE SENT AND ALL INDIVIDUALS BE SUED AND PROSECUTED INDIVIDUALLY AS ALLOWED BY FEDERAL LAW AND CROSS-EXAMS TO DETERMINE THE VALIDITY OF CLAIMS; ON ABOUT JULY 8, 2022, SUPERIOR COURTS MCDONOUGH GA. DETERMINED NO TPO, OR TRO WAS EVER ISSUED, AND MARY WILLIAMS JONES LIED UNDER OATH SAYS SHE DID NO OWE AND THE POLICE TOLD HER WHAT TO SAY, ILLEGALLY

## MOTION TO SUBPEONIA

ALL EMAILS AND FAXES, ALL PHONE CALLS INCLUDING THE ONES THEY DELETED, FROM MARY WILLIAMS JONES PHONES 3, VA HOTLINE WITHOUT CONTACTING HER, NORTON LIFELOCK

## REQUEST: TPO - TRO

BECAUSE OF SUCH VICIOUS PSYCHOTIC AND MALICIOUSNESS, PLAINTIFF REQUEST FEDERAL FEDERAL PROTECTIVE - RESTRAINT ORDERS

## THE 3RD PARTY DATA MANAGENT AND PRIVACY VIOLATORS ACTORS

FACEBOOK - META - WHATS APP LLC
FIVERR LLC, FLORIDA, NEW YORK, ISRAEL
MICROSOFT LLC FLORIDA
VA REGIONL VISN 16, FLOWOOD MISSISSIPPI
EEOC 500 POYDRAS NEW ORLEANS, LA 70130
MAYOR LATOYA CANTRELL NEW ORLEANS
CHIEF SHAWN FERGUSON NEW ORLEANS POLICE
LOUISIANA ASSO. OF BROADCASTORS LLC
WDSU TV 6 NEW ORLEANS - CHAMPION SQUARE
NEW ORLEANS SAINTS LLC (NFL)
TYLER PERRY STUDIOS ATLANTA LLC
OPRAH WINFREY NETWORK & MAGAZINE

DISENFRANCHISEMENT
RACISM - SEXISM
INFRINGEMENT - INTERLECTUAL CONCEPTS
DATA PRIVACY - COPY RIGHT VIOLATIONS
HALL OF FAME DEFAMATION
BRIBERY - STEVE HARVEY & GAIL BENSON

## CONCLUSION - INJURIES

UNEVEN RIGHT LEG, SHRUNKEN VERTEBRE, SLIPPED NECK DISC
SEVERE STENOSIS, MENTAL ANGUISH, BLADDER
DYSFUNCTION, MEDICAL HIPPA VIOLATIONS, EVICTIONS
BROKEN RIGHT LEG, FRCTURED TOE, RIGHT SHOULDER
INJURY, FORCED PSYCHOTROPIC MEDS, SLEEP DEPRIVED, MARLON G...

M Green # 826264
120 Henry Parkway
McDonough, GA 30253

PRIVATE LEGAL MAIL
ATLANTA METRO 301
1 AUG 2022 PM 5 L

CC: USDC MIAMI (FAX)
TO: United States Dist Court Clerks Office 299 East Broward Blvd. #108 Ft. Lauderdale, FL 33301

HENRY COUNTY DETENTION
THIS LETTER IS BEING MAILED
BY AN INMATE ASSIGNED TO
A CORRECTION FACILITY. THE
ADMINISTRATION HAS NOT
REVIEWED THE CONTENTS.

33301-197799

MAIL OUT